UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:09-cr-495-T-30MAP

LUIS LIBED

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Entry of a Preliminary Order of Forfeiture (Doc. 35), which, at sentencing, will be a final order as to defendant Luis Libed's right, title, and interest in $12,500.00 in U.S. currency.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the United States has established the requisite *nexus* between the defendant's offense of conviction, involving a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), as charged in Count One of the Indictment, and the property identified above, the government is now entitled to possession of these funds, pursuant to the provisions of 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2). Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion of the United States (Doc. 35) is hereby **GRANTED**.

2. All right, title, and interest of defendant Luis Libed in the $12,500.00 in U.S. currency are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853.

3. The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of these funds, and to address any third party interests that may be asserted in the ancillary proceeding.

**DONE** and **ORDERED** in Tampa, Florida on March 3, 2010.

								                    /s/ James S. Moody, Jr.
								                    JAMES S. MOODY, JR.
								                    UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-495.forfeit 35.wpd